UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KENDALL R. RUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-1745-KOB-GMB |
| ) | |
| CRP SWEET, Shift Leader, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On December 1, 2020, the Magistrate Judge entered an order requiring the plaintiff to pay an initial partial filing fee of $29.98 and to return a signed Prisoner Consent form within 30 days of the date of that Order. Doc. 5 at 1–2.  The plaintiff was advised that his failure to comply within the time prescribed could result in the dismissal of this action without further notice. Doc. 5 at 2.  This time has elapsed, and the plaintiff has not complied with or otherwise responded to the Order of December 1, 2020.

Accordingly, the Magistrate Judge RECOMMENDS that this action be DISMISSED WITHOUT PREJUDICE due to the plaintiff's failure to prosecute.

### **NOTICE OF RIGHT TO OBJECT**

The plaintiff may file specific written objections to this report and recommendation.  The plaintiff must file any objections with the Clerk of Court

within fourteen (14) calendar days from the date the report and recommendation is entered. Objections should specifically identify all findings of fact and recommendations to which objection is made and the specific basis for objecting. Objections also should specifically identify all claims contained in the complaint that the report and recommendation fails to address. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

Failing to object to factual and legal conclusions contained in the Magistrate Judge's findings or recommendations waives the right to challenge on appeal those same conclusions adopted in the district court's order. In the absence of a proper objection, however, the court may review on appeal for plain error the unobjected to factual and legal conclusions if necessary in the interests of justice. 11th Cir. R. 3-1.

Upon receipt of objections, a United States District Judge will review *de novo* those portions of the report and recommendation to which specific objection is made and may accept, reject, or modify in whole or in part, the undersigned's findings of fact and recommendations. The District Judge also may refer this action back to the undersigned with instructions for further proceedings.

The plaintiff may not appeal the Magistrate Judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit. The plaintiff may only appeal from a final judgment entered by a District Judge.

DONE and ORDERED on January 19, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE